Marcia L. Goldstein
Ray C. Schrock, P.C.
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
**In re**                                             :    Chapter 11
                                                      :
**CHASSIX HOLDINGS, INC.,** *et al.*,                 :    Case No. 15-10578 (MEW)
                                                      :
                                                      :
                      **Debtors.**[1]                 :
                                                      :
------------------------------------------------------x

**ORDER SCHEDULING HEARING ON DEBTORS' PROPOSED
DISCLOSURE STATEMENT AND RELATED DEADLINES**

Upon the motion, dated March 12, 2015 (the "**Solicitation Procedures Motion**"), filed by Chassix Holdings, Inc. ("**Chassix Holdings**"), Chassix, Inc. ("**Chassix**"), and certain of their affiliates and subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, including Chassix Holdings and Chassix, the "**Debtors**"), pursuant to sections 105, 502, 1125, 1126, and 1128 of title 11 of the United States Code (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Automotive Properties of New York, LLC (4323); Chassix Holdings, Inc. (9249); UC Holdings, Inc. (5026); Chassix, Inc. (5728); Diversified Machine, Inc. (8762); Diversified Machine Bristol, LLC (5409); Chassix Georgia Machining, LLC (1940); DMI Columbus, LLC (1833); Diversified Machine Montague, LLC (4771); Diversified Machine, Milwaukee LLC (0875); DMI Edon LLC (1847); Mexico Products I, LLC (3039); DMI China Holding LLC (4331); Concord International, Inc. (3536); SMW Automotive, LLC (9452); Automotive, LLC (2897); Chassis Co. of Michigan, LLC (2692); AluTech, LLC (0012). The direct and indirect international subsidiaries of Chassix Holdings are not debtors in these chapter 11 cases.

"**Bankruptcy Code**"), Rules 2002, 3017, 3018, 3020, 9013, 9014 and 9021 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 2002-1, 3017-1, 3018-1, 3020-1, 5005-2, 9011-1, 9013-1 and 9021-1 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules"**), for entry of an order (i) approving the proposed Disclosure Statement (as it may be amended or modified, the "**Proposed Disclosure Statement**") for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, filed by the Debtors contemporaneously therewith (as it may be amended or modified, the "**Plan**"); (ii) establishing solicitation and voting procedures; (iii) scheduling a confirmation hearing; and (iv) establishing notice and objection procedures in respect of confirmation of the Plan, all as more fully set forth in the Solicitation Procedures Motion; and it appearing that it is in the best interests of the Debtors and their estates that a hearing be scheduled on the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion, it is hereby

ORDERED that the hearing to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion is scheduled for **April 17, 2015 at 11:00 a.m. (Eastern Time)**; and it is further

ORDERED that any objections or responses to the Proposed Disclosure Statement or the Solicitation Procedures Motion shall be in writing, filed with the Court, and served on the parties set forth in the Solicitation Procedures Motion, **in each case so as to be received no later than April 13, 2015 at 5:00 p.m. (Eastern Time)**

Dated:  New York, New York
         March 13, 2015

                                            **s/Michael E. Wiles**
                                            UNITED STATES BANKRUPTCY JUDGE