HEARING DATE AND TIME: April 7, 2015 at 11:00 a.m. (Eastern Time)
OBJECTION DEADLINE: March 30, 2015 at 4:00 p.m. (Eastern Time)

Marcia L. Goldstein
Ray C. Schrock, P.C.
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
: 
In re : Chapter 11
 :
**CHASSIX HOLDINGS, INC.,** *et al.*, : Case No. 15-10578 (MEW)
 :
 : (Jointly Administered)
 :
Debtors.[1] :
 :
-------------------------------------------------------x

**NOTICE OF HEARING OF CERTAIN MATTERS**
**SCHEDULED FOR OMNIBUS HEARING ON APRIL 7, 2015**

PLEASE TAKE NOTICE that a hearing to consider the matters set forth on

Exhibit A hereto (the "**Motions and Applications**"), of Chassix Holdings, Inc. ("Chassix

Holdings"), Chassix, Inc. ("Chassix"), and certain of their affiliates and subsidiaries, as debtors

and debtors in possession in the above-captioned chapter 11 cases (collectively, including

Chassix Holdings and Chassix, the "**Debtors**"), will be held before the Honorable Michael E.

Wiles, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Automotive Properties of New York, LLC (4323); Chassix Holdings, Inc. (9249); UC Holdings, Inc. (5026); Chassix, Inc. (5728); Diversified Machine, Inc. (8762); Diversified Machine Bristol, LLC (5409); Chassix Georgia Machining, LLC (1940); DMI Columbus, LLC (1833); Diversified Machine Montague, LLC (4771); Diversified Machine, Milwaukee LLC (0875); DMI Edon LLC (1847); Mexico Products I, LLC (3039); DMI China Holding LLC (4331); Concord International, Inc. (3536); SMW Automotive, LLC (9452); Automotive, LLC (2897); Chassis Co. of Michigan, LLC (2692); AluTech, LLC (0012). The direct and indirect international subsidiaries of Chassix Holdings are not debtors in these chapter 11 cases.

the Southern District of New York, One Bowling Green, New York, New York 10004 (the "**Bankruptcy Court**"), on **April 7, 2015 at 11:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections (the "**Objections**") to the Motions and Applications must be in writing, shall conform to the Bankruptcy Rules and the Local Rules, and shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 on (i) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, P.C.); (ii) the Debtors c/o Chassix, Inc., 300 Galleria Officentre, Suite 501, Southfield, Michigan 48034 (Attn: Bibi N. Di Serio, Esq.); (iii) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Susan Golden, Esq. and Andrea B. Schwartz, Esq.); (iv) the attorneys for the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036 (Attn: Arik Preis, Esq.); and (v) all entities that requested notice in these chapter 11 cases under Bankruptcy Rule 2002 so as to be received no later than **March 30, 2015 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no Objections are timely filed and served with respect to the Motions and Applications, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court orders substantially in the form of the proposed orders

2

annexed to the Motions and Applications, which orders may be entered with no further notice or opportunity to be heard.

Dated:  March 24, 2015
       New York, New York

                        /s/ Ray C. Schrock, P.C.
                        Marcia L. Goldstein
                        Ray C. Schrock, P.C.

                        **WEIL, GOTSHAL & MANGES LLP**
                        767 Fifth Avenue
                        New York, New York  10153
                        Telephone:  (212) 310-8000
                        Facsimile:  (212) 310-8007

                        *Proposed Attorneys for Debtors*
                        *and Debtors in Possession*

**Exhibit A**

1. Motion of Debtors For Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e), (B) To Use Cash Collateral Pursuant to 11 U.S.C. § 363, (C) Grant Certain Protections to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (D) Schedule a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) [ECF No. 31]

2. Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b)(1) and 105(a) and Fed. R. Bankr. P. 9019 for Entry of An Order Authorizing Debtors to Enter Into Accommodation Agreements with Customers [ECF No. 41]

3. Motion of the Debtors Pursuant To 11 U.S.C. §§ 107(b) and Fed. R. Bankr. P. 9018 For an Order Authorizing the Debtors to File Exhibits to Accommodation Agreements Under Seal [ECF No. 42]

4. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363(b), 363(c), and 364(a) and Fed. R. Bankr. P. 6003 and 6004 for Entry of Order (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, (C) Provide Postpetition Intercompany Claims Administrative Expense Priority, and (D) Maintain Existing Bank Accounts and Business Forms, and (II) Waiving the Requirements of 11 U.S.C. § 345(b) [ECF No. 21]

5. Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Entry of Order (I) Authorizing (A) Payment of Prepetition Wages, Salaries, and Other Compensation and Benefits, and (B) Maintenance of Employee Benefits Programs and Payment of Related Administrative Obligations, and (II) Authorizing and Directing Applicable Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Presented for Payment and to Honor All Fund Transfer Requests [ECF No. 6]

6. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 503(b)(9) for Entry of Order (I) Authorizing, But Not Directing, Debtors to Pay Prepetition Obligations of Critical Vendors, and (II) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 24]

7. Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b), 105(a) and 503(b)(9) for Entry of Order (I) Authorizing Debtors to Pay Prepetition Obligations Owed to Foreign Creditors, and (II) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 26]

8. Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b), 105(a) and 503(b) for Entry of Order Authorizing Debtors to Pay (I) Certain Prepetition Charges for Shippers, Warehousemen, Other Lien Claimants and Customs Duties and (II) Granting Administrative Status for Goods Delivered to Debtors Postpetition [ECF No. 27]

9. Motion of Debtors Pursuant to 11 U.S.C. §§ 363(c) and 105(a) for Entry of an Order (I) Authorizing Debtors to Continue Tooling and Warranty Programs in the Ordinary Course of Business and Pay Prepetition Obligations Related Thereto, and (II) Authorizing and Directing the Disbursement Banks to Honor and Process Related Checks and Transfers [ECF No. 28]

10. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541 for Entry of an Order (I) Authorizing, but Not Directing, Debtors to Pay Prepetition Taxes and Assessments, and (II) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 30]

11. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, 363(b), and 503(b), for Entry of an Order (I) Authorizing, But Not Directing, Debtors to (A) Pay All Insurance Obligations and (B) Continue All Insurance Programs; (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Claims; and (III) Authorizing and Directing Applicable Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Presented for Payment and to Honor All Fund Transfer Requests [ECF No. 32]

12. Motion of Debtors Pursuant to 11 U.S.C. §§ 503(b)(9) and 105(a) for Entry of Order (I) Approving Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. §§ 503(b)(9) and (II) Prohibiting Vendors from Pursuing Such Claims Outside the Procedures [ECF No. 35]

13. Motion of Debtors Pursuant to 11 U.S.C. §§ 366 and 105(a) for Entry of Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utilities, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service [ECF No. 43]

14. Motion of Debtors Pursuant to 11 U.S.C. § 105(a), 327, and 330 for Authority to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date [ECF No. 44]

15. Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 331 and 105(a) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [ECF No. 46]

16. Application of Debtors Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Nunc Pro Tunc to the Commencement Date [ECF No. 47]

17. Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker Nunc Pro Tunc to the Commencement Date [ECF No. 48]

18. Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for an Order Authorizing the Debtors to Retain FTI Consulting, Inc. and to Provide the Debtors An Interim Chief Financial Officer and Certain Additional Personnel [ECF No. 49]

19. Application of Debtors Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016(a), and Local Rules 2014-1 and 2016-1 for Authority to Employ and Retain Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Commencement Date [ECF No. 50]