HEARING DATE AND TIME: April 23, 2015 at 11:00 a.m. (Eastern Time)
OBJECTION DEADLINE: April 13, 2015 at 5:00 p.m. (Eastern Time)

Marcia L. Goldstein
Ray C. Schrock, P.C.
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re                                               :    Chapter 11
                                                    :
**CHASSIX HOLDINGS, INC.,** *et al.*,               :    Case No. 15-10578 (MEW)
                                                    :
                                                    :    (Jointly Administered)
Debtors.[1]                                         :
                                                    :
------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' PROPOSED DISCLOSURE STATEMENT AND RELATED DEADLINES

PLEASE TAKE NOTICE that the hearing on the *Motion for an Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors Plan of Reorganization* [ECF No. 53], which was scheduled for April 17, 2015 at 11:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 23, 2015, at**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Automotive Properties of New York, LLC (4323); Chassix Holdings, Inc. (9249); UC Holdings, Inc. (5026); Chassix, Inc. (5728); Diversified Machine, Inc. (8762); Diversified Machine Bristol, LLC (5409); Chassix Georgia Machining, LLC (1940); DMI Columbus, LLC (1833); Diversified Machine Montague, LLC (4771); Diversified Machine, Milwaukee LLC (0875); DMI Edon LLC (1847); Mexico Products I, LLC (3039); DMI China Holding LLC (4331); Concord International, Inc. (3536); SMW Automotive, LLC (9452); Automotive, LLC (2897); Chassis Co. of Michigan, LLC (2692); AluTech, LLC (0012). The direct and indirect international subsidiaries of Chassix Holdings are not debtors in these chapter 11 cases.

WEIL:\95294589\2\35076.0004

**11:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.  The hearing will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard.

Dated:  April 6, 2015
        New York, New York

/s/ Ray C. Schrock, P.C.
Marcia L. Goldstein
Ray C. Schrock, P.C.

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*