UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                     :

In re                                      :          Chapter 11 Case No.
                                        :

CHASSIX HOLDINGS, INC., *et al.*,     :          15-10578 (MEW)
                                        :

                      Debtors.[1]             :          (Jointly Administered)
                                        :
------------------------------------------------------------------x

**SECOND CONSENT ORDER AMENDING SOLICITATION
PROCEDURES ORDER AND EXTENDING RELATED DEADLINES FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION
<u>UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>**

WHEREAS by order dated April 24, 2015 (ECF No. 327) (the "**Solicitation Procedures Order**[2]") the Court approved the proposed disclosure statement (ECF No. 324) for the Debtors' *Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (ECF No. 323) (the "**Plan**"). The hearing on confirmation of the Plan is currently scheduled for June 30, 2015 at 10:00 a.m. (Eastern Time) (the "**Confirmation Hearing**");

WHEREAS, pursuant to the Solicitation Procedures Order, the Court set June 19, 2015 at 5:00 p.m. (Eastern Time) as the deadline for impaired creditors to vote to accept or reject the Plan (the "**Original Voting Deadline**"). Further, pursuant to the Solicitation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Automotive Properties of New York, LLC (4323); Chassix Holdings, Inc. (9249); UC Holdings, Inc. (5026); Chassix, Inc. (5728); Diversified Machine, Inc. (8762); Diversified Machine Bristol, LLC (5409); Chassix Georgia Machining, LLC (1940); DMI Columbus, LLC (1833); Diversified Machine Montague, LLC (4771); Diversified Machine, Milwaukee LLC (0875); DMI Edon LLC (1847); Mexico Products I, LLC (3039); DMI China Holding LLC (4331); Concord International, Inc. (3536); SMW Automotive, LLC (9452); Automotive, LLC (2897); Chassis Co. of Michigan, LLC (2692); AluTech, LLC (0012). The direct and indirect international subsidiaries of Chassix Holdings are not debtors in these chapter 11 cases.

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Solicitation Procedures Order.

1

Procedures Order, the Court also set June 19, 2015 at 5:00 p.m. (Eastern Time) as the deadline to file responses or objections to the Plan (the "**Original Plan Objection Deadline**");

WHEREAS, pursuant to a consent order dated June 19, 2015 (ECF No. 515) (the "**First Consent Order**"), the Court amended the Solicitation Procedures Order to extend the Original Voting Deadline to June 22, 2015, at 5:00 p.m. (Eastern Time) (the "**Current Voting Deadline**") and the Original Plan Objection Deadline to June 22, 2015, at 5:00 p.m. (Eastern Time) (the "**Current Plan Objection Deadline**");

WHEREAS, the Debtors, the Informal Committee of Noteholders, Platinum Equity and the Creditors Committee have reached an agreement to resolve the Creditors Committee's objections with respect to the Plan that will result in enhanced recoveries to the holders of Allowed Claims in consenting classes in Class 4 (Unsecured Note Claims), Class 5 (General Unsecured Trade Claims) and Class 6 (Other General Unsecured Claims);

WHEREAS, the parties believe it is reasonable and prudent to further amend the Solicitation Procedures Order to further extend certain of the deadlines set forth therein to allow the Debtors and the other parties in interest time to modify the Plan to implement the foregoing agreement;

**NOW, THEREFORE, IT IS HEREBY CONSENTED, AGREED AND ORDERED THAT:**

1. The Confirmation Hearing is adjourned from June 30, 2015 at 10:00 a.m. (Eastern Time) to **July 2, 2015 at 10:00 a.m. (Eastern Time)**; <u>provided</u> that the Confirmation Hearing may be further adjourned or continued from time to time by the Court or the Debtors without further notice other than adjournments announced in open Court or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Court.

2. The Current Voting Deadline is hereby extended until **June 29, 2015 at 5:00 p.m. (Eastern Time)** (the "**Revised Voting Deadline**"). For the avoidance of doubt, any creditor that has submitted a Ballot voting its claim(s) to accept or reject the Plan prior to the entry of this Second Consent Order is permitted to file a revised Ballot with respect to its claim(s) prior to the Revised Voting Deadline. Any creditor seeking a replacement Ballot should contact the Debtors' solicitation and voting agent, Prime Clerk, LLC (the "**Voting Agent**"), at (844) 224–1137 (toll free) or (917) 962–8896 (international toll free) or via e-mail at chassixballots@primeclerk.com. All completed Ballots must be submitted via regular mail, overnight courier or hand delivery, and otherwise in accordance with the Solicitation Procedures Order, to Chassix Holdings, Inc. Ballot Processing Center c/o Prime Clerk LLC, 830 3rd Avenue, 9th Floor, New York, New York 10022, so as to be received by the Voting Agent no later than the Revised Voting Deadline.

3. The Current Plan Objection Deadline is hereby extended until **June 26, 2015 at 5:00 p.m. (Eastern Time)** (the "**Revised Plan Objection Deadline**").

4. The deadline for the Debtors and any other party in interest to file and serve any replies or an omnibus reply to any objections to confirmation is **June 30, 2015 at 5:00 p.m. (Eastern Time)**.

5. The Debtors shall file an amended Plan and disclosure statement supplement, in a form and substance satisfactory to the Informal Committee of Noteholders, Platinum Equity and the Creditors Committee, describing the settlement described in the fourth "whereas" clause above and the modifications to the Plan (the "**Amended Plan Materials**") by no later than **June 23, 2015 at 5:00 p.m. (Eastern Time)**.

6. If a creditor that has previously submitted a timely, validly executed Ballot does not submit a revised Ballot before the Revised Voting Deadline, such creditor's vote cast by the first Ballot shall be considered to be a vote on the Plan, as modified in accordance with the Amended Plan Materials.

7. Except as otherwise expressly modified pursuant to this Second Consent Order or the First Consent Order, all of the procedures, deadlines, and other provisions set forth in the Solicitation Procedures Order shall remain unchanged and in full force and effect.

8. The Debtors, the Voting Agent, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Second Consent Order.

9. Not later than two (2) days following entry of this Second Consent Order, the Debtors shall provide notice by overnight and electronic mail of the entry of this Second Consent Order, the Amended Plan Materials, the Revised Voting Deadline and the other deadlines extended herein on all parties entitled to vote on the Plan and all parties that have requested notice in the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 2002.

WEIL:\95369525\5\35076.0004

Dated: New York, New York
       June 22, 2015

| | |
|---|---|
| /s/ Ray C. Schrock, P.C. | /s/ Arik Preis |
| Marcia L. Goldstein | Arik Preis |
| Ray C. Schrock, P.C. | Lisa G. Beckerman |
| WEIL, GOTSHAL & MANGES LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 767 Fifth Avenue | One Bryant Park |
| New York, NY 10153-0119 | New York, New York 10014 |
| Telephone: (212) 310-8000 | Telephone: (212) 872-1000 |
| Facsimile: (212) 310-8007 | Facsimile: (212) 872-1002 |
| *Attorneys for Debtors and Debtors in Possession* | *Counsel to the Official Committee of Unsecured Creditors* |
| /s/ Samuel Khalil | /s/ Susan Golden |
| Dennis F. Dunne | Susan Golden |
| Samuel Khalil | Andrea Schwartz |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | OFFICE OF THE UNITED STATES TRUSTEE, SOUTHERN DISTRICT OF NEW YORK |
| 28 Liberty Street | 201 Varick Street |
| New York, New York 10005 | Suite 1006 |
| Telephone: (212) 530-5000 | New York, NY 10014 |
| Facsimile: (212) 530-5219 | Telephone: (212) 510-0500 |
| *Attorneys for Platinum Equity* | *Trial Attorneys for the U.S. Trustee* |

/s/ Andrew N. Rosenberg
Andrew N. Rosenberg
Alice B. Eaton
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 373-0158

*Attorneys for the Informal Committee of Noteholders*

**SO ORDERED** this 22nd day of June, 2015.

**s/Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE

[SIGNATURE PAGE FOR CONSENT ORDER AMENDING SOLICITATION PROCEDURES ORDER]